

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00245-CR

Vanessa **CAMERON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

On November 19, 2019, we abated this appeal to the trial court to make findings of fact and conclusions of law with respect to the denial of appellant's motion to suppress. The trial court requested an extension, which was granted. A supplemental clerk's record has now been filed in this court containing the trial court's findings. Accordingly, it is ORDERED that this appeal is REINSTATED on the docket of this court.

The court has considered the appellant's "Motion for Access to the Complete Clerk's Record Including All Motions Which Were Filed Under Seal and Rulings on Said Motions." The motion is GRANTED. The Clerk of this court is hereby instructed to provide a copy of the sealed record, i.e., Volume 3 of the clerk's record, on CD-ROM to counsel for appellant and the State for use in preparing their briefs. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or the State references the sealed record in their respective briefs, they are ORDERED to (1) file their briefs in paper form only (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

The appellant's brief is due ***within thirty (30) days*** from the date of this order.

_____
Liza A. Rodriguez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court